IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| B.S. | : | |
| | : | |
| PLAINTIFF, | : | CIVIL ACTION FILE NO.: |
| | : | |
| V. | : | _____ |
| | : | |
| JAY SHREE MAA DURGA, INC. | : | |
| d/b/a BAYMONT BY WYNDHAM | : | |
| HINESVILLE | : | |
| | : | |
| DEFENDANT. | : | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER AND LEAVE TO PROCEED VIA INITIALS**

This case comes before the Court on Plaintiff's Motion for Protective Order and Leave to Proceed Via Initials. The Court finds that Plaintiff's privacy and safety interests outweigh the public's interest in knowing Plaintiff's identity.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Protective Order and Leave to Proceed Via Initials [Doc. 2] is **GRANTED**. The Court hereby **Orders** that all material, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiff as J.S. with no other identifying information.

**IT IS SO ORDERED** this \_\_\_\_ day of November, 2024.

_____
UNITED STATES DISTRICT COURT

Prepared By:

*/s/ Matthew B. Stoddard*
Matthew B. Stoddard, Esq.
Ga. Bar No.: 558215
THE STODDARD FIRM
1534 N Decatur Road
P: 470-467-2200
F: 470-467-1300
matt@LegalHelpGa.com
***Attorney for Plaintiff***