# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| B.S. <br><br> *Plaintiff(s)* <br> v. <br> Jay Shree Maa Durga, Inc. d/b/a Baymont By Wyndham Hinesville <br><br> *Defendant(s)* | Civil Action No. 4:24-cv-251 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jay Shree Maa Durgas, Inc. d/b/a Baymon by Wyndham Hinesville
c/o: Rajan Patel, registered agent
410 Pear Orchard Rd
Hinesville, GA 31313

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew B. Stoddard, Esq.
The Stoddard Firm
1534 N Decatur Road NE
Atlanta, GA 30307
Phone: (470) 467-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 11/8/2024

*Signature of Clerk or Deputy Clerk*