# AFFIDAVIT OF SERVICE

| Case:<br>4:24-cv-251 | Court:<br>UNITED STATE DISTICT COURT - Southern District Of Georgia - Savannah Division | County:<br>, GA | Job:<br>12145267 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>B.S. | | Defendant / Respondent:<br>Jay Shree Maa Durgas, Inc. d/b/a Baymont By Wyndham Hinesville | |
| Received by:<br>COASTAL INVESTIGATIONS, LLC | | For:<br>THE STODDARD FIRM | |
| To be served upon:<br>Jay Shree Maa Durgas Inc. d/b/a Baymont By Wyndham Hinesville - Rajan Patel as the Registered Agent | | | |

I, Glenn Christian, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jay Shree Maa Durgas Inc. d/b/a Baymont By Wyndham Hinesville - Shefali Patel, Company: 410 Pear Orchard Road, Hinesville, GA 31313
**Manner of Service:** Substitute Service - Business, Nov 12, 2024, 2:07 pm EST
**Documents:** Summons (Received Nov 11, 2024 at 9:10am EST), Complaint (Received Nov 11, 2024 at 9:10am EST), Civil Cover Sheet (Received Nov 11, 2024 at 9:10am EST), Order (Received Nov 11, 2024 at 9:10am EST)

**Additional Comments:**
1) Successful Attempt: Nov 12, 2024, 2:07 pm EST at Company: 410 Pear Orchard Road, Hinesville, GA 31313 received by Jay Shree Maa Durgas Inc. d/b/a Baymont By Wyndham Hinesville - Shefali Patel. Age: 41; Ethnicity: Middle Eastern; Gender: Female; Weight: 180; Height: 5'6"; Hair: Gray; Eyes: Hazel; Relationship: Administrative Assistant;
Served Individual

_____  11/12/2024
Glenn Christian            Date
GA LIC PDC002006

COASTAL INVESTIGATIONS, LLC
139 Live Oak Circle / Civil Process Division
Pembroke, GA 31321-4733
912-653-6290

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

11/12/24
Date            Commission Expires