IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| B.S. | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: |
| | : | |
| v. | : | <u>4:24-CV-00251-RSB-CLR</u> |
| | : | |
| Jay Shree MAA Durga, Inc. d/b/a | : | |
| Baymont By Wyndham Hinesville | : | |
| | : | |
| Defendant. | : | |

**DISCLOSURE STATEMENT
OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| B.S. | Plaintiff |
| | |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| none | |
| | |
| | |
| | |
| | |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

1

Rev. 11/2022

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Jay Shree MAA Durga, Inc. d/b/a Baymont By Wyndham Hinesville | Defendant |
| B.S. | Plaintiff |
| The Stoddard Firm, LLC and Matthew B. Stoddard | Plaintiff's attorney (contingency fee case) |
| | |
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| none | | |
| | | |
| | | |
| | | |
| | | |

12/18/2024
Date

_Matthew B. Stoddard_ (signature)

Signature of Attorney of Record

Matthew B. Stoddard
Printed Name

2

Rev. 11/2022