IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| B.S. | : | |
| | : | |
|     PLAINTIFF, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 4:24-CV-00251-RSB-CLR |
| | : | |
| JAY SHREE MAA DURGA, INC. | : | |
| d/b/a BAYMONT BY WYNDHAM | : | |
| HINESVILLE | : | |
| | : | |
|     DEFENDANT. | : | |

## JOINT MOTION FOR PROTECTIVE ORDER

The parties have agreed upon a proposed Protective Order. Their proposed order affords limited protection to certain materials believed by a party or non-party to be confidential. The agreed Protective Order allows the parties and non-parties to expedite discovery, while reserving for a later date any final rulings by the Court as to whether any particular material should be withheld from public view. Accordingly, the parties jointly move for entry of the attached Protective Order.

Respectfully submitted, this 30th day of January, 2025.

| | |
|---|---|
| */s/ Joseph J. Gleason* | */s/ Lauren A. Smith (with E.P.)* |
| Matthew B. Stoddard, Esq. | Lauren A. Smith, Esq. |
| Ga. Bar No. 558215 | Ga. Bar No. 641798 |
| Joseph J. Gleason, Esq. | Groth, Makarenko, Kaiser & Eidex |
| Ga. Bar No. 297202 | One Sugarloaf Centre |
| The Stoddard Firm | 1960 Satelitte Blvd, Ste. 2000 |
| 1534 N Decatur Road | Duluth, GA 30097 |
| P: 470-467-2200 | lsmith@gmke.law |
| F: 470-467-1300 | **Attorney for Defendant** |
| matt@legalhelpga.com | |
| joe@legalhelpga.com | |
| **Attorneys for Plaintiff** | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendant**
Lauren A. Smith
Groth, Makarenko, Kaiser & Eidex
One Sugarloaf Centre
1960 Satelitte Blvd, Ste. 2000
Duluth, GA 30097
lsmith@gmke.law

This 30th day of January, 2025.

*/s/ Joseph J. Gleason*
Joseph J. Gleason