IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| B.S. | : | |
| | : | |
| PLAINTIFF, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 4:24-cv-00251-RSB-CLR |
| | : | |
| JAY SHREE MAA DURGA, INC. | : | |
| d/b/a BAYMONT BY WYNDHAM | : | |
| HINESVILLE | : | |
| | : | |
| DEFENDANT. | : | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and between the parties and their respective counsel that the above-captioned action shall be, and is hereby, dismissed in its entirety, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and attorneys' fees. The dismissal shall be effective upon filing of this joint stipulation.

Respectfully submitted, this 19th day of March, 2025.

| | |
|---|---|
| */s/ Joseph J. Gleason* | */s/ Lauren A. Smith (with E.P.)* |
| Matthew B. Stoddard, Esq. | Lauren A. Smith, Esq. |
| Ga. Bar No. 558215 | Ga. Bar No. 641798 |
| Joseph J. Gleason, Esq. | Groth, Makarenko, Kaiser & Eidex |
| Ga. Bar No. 297202 | One Sugarloaf Centre |
| The Stoddard Firm | 1960 Satelitte Blvd, Ste. 2000 |
| 1534 N Decatur Road | Duluth, GA 30097 |
| P: 470-467-2200 | lsmith@gmke.law |
| F: 470-467-1300 | **Attorney for Defendant** |
| matt@legalhelpga.com | |
| joe@legalhelpga.com | |
| **Attorneys for Plaintiff** | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendant**
Lauren A. Smith
Groth, Makarenko, Kaiser & Eidex
One Sugarloaf Centre
1960 Satelitte Blvd, Ste. 2000
Duluth, GA 30097
lsmith@gmke.law

This 19th day of March, 2025.

*/s/ Joseph J. Gleason*
Joseph J. Gleason